IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL L. KLINGER,
    Plaintiff,

v.

INFOCISION MANAGEMENT
CORP.,
    Defendant.

Case No. 2:06-CV-1001
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

The parties in this case have reached a settlement of the dispute at issue. Consequently, this Court's Order Setting Trial Date (**Doc. #11**) is **VACATED** in its entirety. An Entry of Dismissal shall be filed within **thirty (30) days** of the date of this Order.

IT IS SO ORDERED.

2-26-2008
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE